JUDGE CAPRONI

# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

-V-

## *DEFENDANT*

**DOCKET NUMBER:** 19 CV 11080

**DATE FILED:** DEC 03 2019

**SIGNED BY:** JUDGE MARRERO

**DATE SIGNED:** NOV 27 2019

**TO BE FILED UNDER SEAL:**

___ ENTIRE ACTION

_✓_ COMPLAINT / PETITION ONLY

___ OTHER DOCUMENTS / EXHIBITS

FILED U.S. DISTRICT COURT
2019 DEC -3 PM 2:__
S.D. OF N.Y.